CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. JACKSON,<br>　　Plaintiff, | Civil Action No. 7:16-cv-00047 |
| v. | **FINAL ORDER** |
| E. BARKSDALE, et al.,<br>　　Defendants. | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Plaintiff's motions for default judgment are **DENIED**; Defendants' motion to dismiss is **GRANTED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 29 day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge